UNITED STATES of America,
Plaintiff-Appellee,

v.

**Luis Martin MIRANDA-BUERAS, a.k.a.
Luis Bueras-Miranda, a.k.a. Luis Miranda-Bueras, Defendant-Appellant.**

No. 16-10027

United States Court of Appeals,
Ninth Circuit.

Submitted February 10, 2017 *

Filed February 14, 2017

Christina Marie Cabanillas, Assistant U.S. Attorney, USTU—Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Luis Martin Miranda-Bueras, Pro Se

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: HUG, FARRIS, and CANBY, Circuit Judges.

### MEMORANDUM **

Luis Martin Miranda-Bueras appeals from the district court's judgment and challenges his conviction and 25-month sentence for possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Miranda-Bueras's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Miranda-Bueras the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Miranda-Bueras has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.